1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9   Assiedoo Lonelyss,                    )   No. CV 06-2754-PHX-MHM (GEE)
                                          )
10              Petitioner,               )   **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Michael Chertoff, et al.,             )
13                                        )
                Respondents.              )
14                                        )
                                          )
15  _____      )

16          On November 16, 2006, Petitioner Assiedoo Lonelyss ("Petitioner") filed his instant

17  habeas corpus petition pursuant to 28 U.S.C. § 2241.  (Dkt.#1).  The same day, the Court

18  issued its Notice of Assignment warning Petitioner that he was obligated to keep the Court

19  apprised of his current address and that failure to comply with such direction could result in

20  the dismissal of his case. (Dkt.#2).  On April 12, 2007, the Court screened Petitioner's

21  Petition and directed service as well as warned that Petitioner must keep the Court apprised

22  of his address or face possible dismissal. (Dkt.#9).  See Ferdik v. Bonzelet, 963 F.2d 1258,

23  1260-61 (9th Cir. 1992) (district court may dismiss action for failure to comply with an order

24  of the court).  However, the Court's screening order mailed to Petitioner was returned as

25  undeliverable and marked as "Unclaimed/Not in Custody." (Dkt.#14).  On May 8, 2007, the

26  Magistrate Judge issued an order to show cause why the case should not be dismissed as

27  moot in light of the Petitioner's apparent removal from the United States. (Dkt.#19).  Again,

28  the order to show cause was returned as undeliverable. (Dkt.#21).  On June 7, 2007, the

1    Magistrate Judge filed her Report and Recommendation that the Court dismiss the action for

2    Plaintiff's failure to prosecute. (Dkt.#22).  Not surprisingly, the Petitioner did not file any

3    objections to the Report and Recommendation and Petitioner's copy of the Report and

4    Recommendation was returned as undeliverable. (Dkt.#23).   In light of this history and the

5    absence of any objection by the Petitioner, the Court finds itself in agreement with the

6    Magistrate Judge.  See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en

7    banc) (the district court must review the magistrate judge's findings and recommendations

8    de novo if objection is made but not otherwise).

9            **Accordingly,**

10           **IT IS HEREBY ORDERED** adopting the Report and Recommendation of the

11   Magistrate Judge as the order of this Court. (Dkt.#22).

12           **IT IS FURTHER ORDERED** dismissing Petitioner's case for failure to prosecute

13   pursuant to Rule 41(b), Fed.R.Civ.P.

14           **IT IS FURTHER ORDERED** directing the clerk of the Court to enter judgment

15   accordingly.

16

17           DATED this 31st day of August, 2007.

18

19   _____

20                     Mary H. Murguia
                       United States District Judge

21

22

23

24

25

26

27

28